# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JESUS HERNANDEZ,**

        **Plaintiff,**

**-vs-**                                                                  Case No. 6:08-cv-1961-Orl-31KRS

**C.D.S. CONTRACTING GROUP, INC., and
CARLOS SOTOLONGO,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Joint Renewed Motion for Approval of Settlement (Doc. No. 18) filed February 6, 2009.

On March 19, 2009, the United States Magistrate Judge issued a report (Doc. No. 23) recommending that the settlement agreement be approved as restructured by the Court. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** in part.

2. The Joint Renewed Motion for Approval of Settlement is approved as restructured by the Court. The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute." Plaintiff is entitled to $1,066.00 for wages and liquidated damages and the Defendants will pay $1,434.00 in attorney's fees and costs.

3. In the event of partial payment or installment payments, the amount paid shall be allocated in the ratio of 42% to the Plaintiff and 58% to Plaintiff's counsel. Counsel for Plaintiff must provide a copy of this order to the Plaintiff.

    4. The case is dismissed with prejudice. The court will not reserve jurisdiction to enforce a settlement agreement. The clerk is directed to close the file.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on 7th day of April, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE